# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Tomi Tranchita v. Kwame Raoul, Colleen Callahan, John Fischer, Joshua Mooi

Case Number: 1:20-cv-5956

An appearance is hereby filed by the undersigned as attorney for:

Tomi Tranchita

Attorney name (type or print): Richard Rosenthal

Firm:

Street address: 545 E. Jericho Turnpike 11746

City/State/Zip: Huntington Station, New York

Bar ID Number: 1637677
(See item 3 in instructions)

Telephone Number: 516 319 0816

Email Address: richard@thedoglawyer.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 7, 2020

Attorney signature: S/ Richard Rosenthal
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015