# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOMI TRANCHITA, | CASE NO. 1:20-cv-5956 |
| Plaintiff, | JUDGE SARA L. ELLIS |
| v. | MAGISTRATE: JEFFREY COLE |
| KWAME RAOUL, et al. | **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| Defendants. | |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Tomi Tranchita hereby moves for a preliminary and respectfully requests that the Court enter an order preliminarily enjoining defendants, their agents, servants, and employees, and persons acting in concert or participation with them, from (1) requiring Tranchita to hold a Hound Running Area permit in order to possess Luna (Tranchita's coyote) in Illinois; and (2) from seizing Luna as long as Tranchita holds a current Fur-bearing Mammal Breeder permit.

Luna is elderly and ailing and Tranchita asks this Court to allow Luna to come home to her in Illinois. Time is of the essence and Tranchita wants nothing more than to be with Luna at her home in Illinois, before Luna dies.

Tranchita seeks to invalidate Defendants' policy requiring her to hold a Hound Running Area permit in order to possess a coyote in Illinois. This policy violates the Equal Protection and Due Process clauses of the Fourteenth Amendment, the Free Exercise clause of the First Amendment, and is preempted by the Animal Welfare Act (7 U.S. Code § 2131, et. seq.). Tranchita moves for a TRO and preliminary injunction barring Defendants from enforcing this unconstitutional policy. Tranchita currently holds a 2020-2021 Fur-bearing Mammal Breeder

permit.[1] Tranchita's federal attorneys' have made three attempts to resolve this case prior to filing the Complaint and this TRO Motion, however, no response has been received from the Defendants.[2]

For the reasons set forth in the Complaint (Doc #1) and the accompanying memorandum in support, Tranchita requests that this Court set this matter for a prompt hearing and grant this motion for preliminary relief.

DATE:  October 14, 2020                                      Respectfully submitted,

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
(NY Reg. No. 1637677)
545 E. Jericho Turnpike
Huntington Station, New York 11746
Ph:  631-629-8111
Email:  Richard@thedoglawyer.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be emailed to Defendants immediately upon filing this Motion and Memorandum in Support at the following email address, 1) Kwame Raoul at attorney_general@atg.state.il.us & bjant@atg.state.il.us; 2) Colleen Callahan at colleen.callahan@illinois.gov; 3) John Fischer at John.Fischer@illinois.gov; and 4) Joshua Mooi at Joshua.Mooi@illinois.gov.

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL

---

[1] TRO Ex. A – Tranchita's 2020-2021 Fur-bearing Mammal Breeder permit.
[2] TRO Ex. B – June 22, 2020 Email from Attorney Michela Huth to Defendant Callahan; TRO Ex. C – September 14, 2020 Email from Attorney Michela Huth to Defendant Callahan; TRO Ex. D – October 9, 2020 Email from Attorney Richard Rosenthal to Defendants.