To Whom It May Concern:

Luna came to ICRC in October of 2019 as part of a case concerning Tomi Tranchita.

I had previous association with Ms. Tranchita, as I had visited her facility in Tinley Park on two separate occasions. Having met Luna and the 3 others (now deceased) and observing the operation, I was impressed with the spacious enclosures filled with enrichment and the level of socialization they had in spite of their origins (not an easy task).

To properly socialize a coyote for stress free/reduced life in captivity, one must start socialization at a very young age (younger than a couple weeks) and continue that socialization 24 hours a day for a minimum of 6 months. It is an exceptionally large amount of time, work, and lack of sleep to do on ones own. Having Luna here the past several months while we have been working on large projects has shown myself and others her advanced level of pre-confiscation socialization in tolerance of machinery, strangers around the property, and comfort with new enrichment. While the trauma of her confiscation negatively affected her willingness to bond closely with new people, the work put in to have her as acclimated as she has become to her environment is obvious.

I am confident that accommodating Ms. Tranchita's visits to the facility to spend several hours with Luna has helped tremendously in Luna's ability to acclimate to her life here at ICRC. Luna does well here, but she is always happiest when Ms. Tranchita is able to visit. Because of this, we are in full support of Ms. Tranchita having the ability to have Luna returned to her. Here at ICRC, we specialize in coyote behavior, biology, and captive management. We advocate for coyotes requiring a life in captivity to have the most optimal placement possible for their best chance of success, as they are behaviorally complex animals to work with. In my professional opinion, Luna's most optimal placement would be back with Ms. Tranchita, whose dedication and investment into Luna's wellbeing has become increasingly apparent to us the longer she is here.

Should there be additional questions pertaining to this, I can be reached via ICRC email at indianacoyote@gmail.com.

Sincerely,

Jami Hammer

President/Director ICRC

*TRO Ex. J*