UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Tomi Tranchita
                        Plaintiff,

v.                                               Case No.: 1:20−cv−05956
                                              Honorable Sara L. Ellis

Kwame Raoul, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: Video hearing on plaintiff's motion for temporary restraining order and preliminary injunction [5] held on 10/19/2020. The Court sets the following briefing schedule on plaintiff's motion for temporary restraining order and preliminary injunction [5]: Defendants' responses due by 10/26/2020; Plaintiff's reply due by 11/2/2020. Video hearing set for 11/17/2020 at 10:45 AM for ruling on motion. Parties agree to maintain the status quo pending this Court's ruling. The Court grants oral motion by Defendant's counsel to dismiss Kwame Raoul (State of Illinois Attorney General, in his individual capacity as the official decisionmaker for the office of the Attorney General). Members of the public and media will be able to call in to listen to the hearing. The call−in number is (571)353−2300, the meeting ID is 628244496. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.