# **<u>EXHIBIT 1</u>**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOMI TRANCHITA, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-5956 |
| | ) |
| v. | ) Hon Sara L. Ellis |
| | ) |
| KWAME RAOUL, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>DECLARATION OF RENEE SNOW</u>

I, Renee Snow, declare that that I am competent to testify and if called to testify would state as follows.

1.     I am the General Counsel for the Illinois Department of Natural Resources ("IDNR"). I obtained the information set forth in Paragraphs 2-10 in my role as General Counsel for the IDNR.

2.     On or about May 18, 2019, Tomi Tranchita was erroneously issued a hound running area permit.

3.     When IDNR learned of this mistake, it served Ms. Tranchita with a "Notice of Revocation" on or about May 22, 2019, informing Ms. Tranchita that the hound running area permit would be revoked on June 24, 2019, that the $250.00 permit fee would be refunded, and that she was entitled to file a request for a hearing to appeal the revocation. *See* "Notice of Revocation" attached hereto as <u>Exhibit A</u>.

4.     Ms. Tranchita requested a hearing and submitted the proper paperwork to re-apply for a hound running area permit.

5.     On or about August 26, 2019, Ms. Tranchita's second hound running area permit application was denied because her property did not meet the definition of a hound running area and it would not be possible to meet the acreage requirements for a hound running area at the proposed location. *See* August 26, 2019 Letter attached hereto as Exhibit B.

6.     After the second application was denied, Ms. Tranchita withdrew her appeal.

7.     In April 2020, due to a technological error with the IDNR website's permit payment portal, Ms. Tranchita was able to submit payment for a 2020-2021 hound running area permit and receive a 2020-2021 hound running area permit.

8.     Ms. Tranchita did not submit any supporting paperwork or documentation for the 2020-2021 hound running area permit and, as such, no one at IDNR was aware that the permit had been issued until Ms. Tranchita's motion for a temporary restraining order was filed.

9.     If IDNR revokes Ms. Tranchita's 2020-2021 hound running area permit she will receive notice of the revocation (similar to Exhibit A) and will have an opportunity for a hearing to appeal the revocation.

10.    It is IDNR policy that when an individual applies for a fur bearing mammal permit pursuant to 520 ILCS 5/3.25 they are not required to specify what species of fur bearing mammal they intend to keep.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26th, 2020.

_____
Renee Snow

2

# <u>EXHIBIT A</u>



**Illinois Department of
Natural Resources**

JB Pritzker, Governor
Colleen Callahan, Director

One Natural Resources Way   Springfield, Illinois  62702-1271
www.dnr.illinois.gov

May 22nd, 2019

TOMI SUE TRANCHITA
17025 SOUTH LECLAIRE AVENUE
TINLEY PARK, ILLINOIS 60477

NOTICE OF REVOCATION

Pursuant to 520 ILCS 5/3.33 and 17 Ill. Adm. Code, Part 970, you are hereby notified that a hound running area permit that was issued on May 18, 2019 was issued in error. The hound running area permit will be revoked on June 24th, 2019. As this was issued in error by the Illinois Department of Natural Resources, IDNR, the fee of $250.00 will be refunded to you after June 24th, 2019. Please see the enclosed correct Hound Running Area Permit Application that must be filled out in order to have the issuance of a hound running area permit considered. Upon receipt of this completed application and the required inspection by IDNR, your application will be considered pursuant to Illinois law and administrative rules. I have also attached the Illinois Administrative Rules regarding hound running area regulations.  The form that you filled in online on May 18th, 2019 was not in compliance with Illinois law and administrative rules. We apologize for any inconvenience.

In accordance with 520 ILCS 5/3.33, you may file a request for a hearing to appeal this revocation within 30 days of the date of this notice. The hearing, if requested, will only address the issuance of a hound running area permit that occurred in error.

Requests for hearing shall be filed with the Illinois Department of Natural Resources, Office of Legal Counsel, One Natural Resources Way, Springfield, IL 62702-1271. No action will be taken on an untimely petition and the revocation will be considered final. Petitions shall be styled: "In re the revocation of (name), Petition for Hearing." The petition shall contain sufficient facts in justification of a hearing and be signed by the petitioner. As stated above, if no petition is received, the $250.00 fee that you submitted on May 18th, 2019 will be returned to you.

If you have any questions, you may contact the Office of Legal Counsel at (217) 782-1809.

Attachments: Hound Running Permit Application
             Illinois Admin Rules

Sincerely,

John Fischer
Legal Counsel
Office of Legal Counsel
Illinois Department of Natural Resources

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Revocation was served personally to:

TOMI SUE TRANCHITA
17025 SOUTH LECLAIRE AVENUE
TINLEY PARK, ILLINOIS 60477

By personal service.

_____
Signature

_____
Print name

_____
Date

# **EXHIBIT B**



**Illinois Department of
Natural Resources**

One Natural Resources Way   Springfield, Illinois  62702-1271
www.dnr.illinois.gov

JB Pritzker, Governor
Colleen Callahan, Director

August 26, 2019

Tomi S. Tranchita
17025 S. LeClaire Ave.
Tinley Park, IL 60477

Ms. Tranchita:

Your Hound Running Area (HRA) Permit application, related documents and images are being returned with this letter.  Your HRA application does not meet the requirements provided in 17 Illinois Administrative Code Part 970 (copy enclosed) for an HRA Permit.

Specifically:

- The proposed HRA does not meet the definition of an HRA.
- The minimum HRA acreage requirement is not achievable in the location proposed.

In addition, the proposed HRA is located in a developed urban area where the operation of an HRA would not be compatible or appropriate.

If you have questions about the purpose or requirements for an HRA, please advise.

Sincerely,

Terry L. Musser, Program Manger
Hunting Preserves, Controlled Pheasant
Hunting, Field Trials & Dog Training
Division of Parks and Recreation

TLM

Enclosure

TITLE 17: CONSERVATION
CHAPTER 1: DEPARTMENT OF NATURAL RESOURCES
SUBCHAPTER b: FISH AND WILDLIFE

PART 970
HOUND RUNNING AREAS

Section
970.10      Definitions
970.20      Hound Running Area Permits and Fees
970.30      Hound Running Area Records
970.40      Hound Running Area Regulations
970.50      Marking of Animals
970.60      Sources of Captive-Reared and Wild Animals
970.70      Temporary Holding Facilities – Minimum Standards
970.80      Disposition of Animals
970.90      Penalties

AUTHORITY: Implementing and authorized by Sections 1.2, 2.30, 2.33, 2.36, 3.5, 3.25, 3.26, 3.33 and 3.35 of the Wildlife Code [520 ILCS 5/1.2, 2.30, 2.33, 2.36, 3.5, 3.25, 3.26, 3.33 and 3.35] and Section 1 of the Dangerous Animals Act [720 ILCS 585/1].

SOURCE: Adopted at 36 Ill. Reg. 5552, effective April 1, 2012.

**Section 970.10  Definitions**

> Animal -- Coyote, Red Fox, Rabbit or Raccoon.

> Department – Illinois Department of Natural Resources.

> Fit – Animals free of injuries that might prevent them from evading hounds and, in the case of raccoons, foxes and coyotes, treated for parasites (i.e., roundworms, tapeworms, hookworms) and inoculated to prevent diseases (i.e., canine distemper, hepatitis, parainfluenza, parvovirus) that might infect domestic dogs or others of their kind.

> Hound – American Foxhound, Basset Hound, Beagle Hound, Black and Tan Coonhound, Bluetick Coonhound, English Coonhound, English Foxhound, Plott Hound, Redbone Coonhound, Treeing Walker Coonhound and mix-bred hounds of these breeds used to pursue animals by scent.

> Hound Running Area – A fenced enclosure authorized by the Department where fit animals may be pursued by hounds.

> Licensed Veterinarian – Veterinarians licensed by the Illinois Department of Financial and Professional Regulation to practice veterinary medicine in Illinois.

1

Running Period − The duration of time when hounds are allowed to pursue animals in a hound running area.

## Section 970.20  Hound Running Area Permits and Fees

a)   Hound Running Area Permits are available from the Department upon completion of an application for the permit, payment of the permit fee and approval of the hound running area by the Department. Permit applications are available on the Department's website at http://dnr.state.il.us or by contacting the Department at:

> Illinois Department of Natural Resources
> Office of Land Management
> One Natural Resources Way
> Springfield IL  62702-1271

b)   The Department will issue Hound Running Area Permits for coyote and fox areas, for rabbit areas, for raccoon areas and for certain combinations of those animals.

c)   Applicants for Hound Running Area Permits must possess a Fur-bearing Mammal Breeders Permit for possession of coyotes, foxes and/or raccoons and a Class B Commercial Game Breeders Permit for possession of rabbits.

d)   Hound Running Area Permits are renewable annually and expire on March 31 of each year.  The annual fee for each Hound Running Area Permit is $250.

e)   Plans for modifications to established hound running areas must be approved by the Department prior to construction.  Upon completion, modified Hound Running Areas must be approved by the Department prior to any release of animals or hounds.

f)   Applicants shall provide a list of licensed trappers and Commercial Game Breeder Permit holders from whom animals will be obtained in accordance with Section 970.60.  Hound running area operators shall be limited to 6 licensed trappers and 6 Commercial Game Breeder Permit holders from whom they may obtain animals.  The list shall only be subject to modification during the month of the annual renewal date of the Hound Running Area Permit.

## Section 970.30  Hound Running Area Records

a)   Hound Running Area Permit holders shall keep accurate, complete and current records.  Records shall be retained for 2 years from the end of the calendar year in which the record was made.  Records shall be made available for inspection by the Department at any reasonable hour.

b)   Hound Running Area Permit holders shall maintain records on the number, species and source of all animals released into the hound running area, including the unique animal identifiers attached to each animal released. The following

2

information shall be recorded and maintained in the permit holder's records and correspond to the unique animal identifiers:

1)      The name, address, phone number, and the Department customer number of the person from whom the animal was obtained.

2)      The origin county of the animals, including the origin county of those animals existing in the hound running area prior to April 1, 2012.

3)      All veterinary care records, inoculation records and copies of health certificates or certificates of veterinarian inspections.

4)      The date of release into and recovery from the hound running area.

5)      The date of mortality or discovery of mortality of any coyote, fox or raccoon.

c)      Leases provided for in Section 970.60(b) must be written and contain the lessor's and lessee's complete names and principal addresses, the effective dates of the lease, an attached Plat Map with the lessor's property highlighted, a list of the animals that may be captured on the property, signatures of the lessor and lessee and the date the lease was signed.

## Section 970.40 Hound Running Area Regulations

a)      Animal densities, running periods and animal removal from dog-proof escape areas:

1)      Coyote and fox hound running areas shall contain not less than 2 animals and shall not contain more than 4 animals per each full 20 acres.

2)      Raccoon hound running areas shall contain not less than 2 nor more than 3 animals per each full 5 acres.

3)      Rabbit hound running areas shall contain 2 animals per each full acre.

4)      The running period for coyote, fox and raccoon hound running areas shall not be longer than 16 consecutive hours within a 24-hour period.

5)      The running period for rabbit hound running areas shall be sunrise to sunset.

6)      Hounds shall not be released for 14 consecutive days after an animal has been added to a hound running area.

7)      It shall be unlawful to shake out, relocate, dislodge, move or extract an animal from a place of refuge while hounds are present within a hound running area.

3

APRIL 1, 2012                    17 ILL. ADM. CODE                    CH. I, SEC. 970

b)    Hounds

   1)    Not more than 3 hounds per animal shall be released into a hound running
         area during a running period.

   2)    Hounds less than 7 months of age shall not be released in coyote, fox or
         raccoon hound running areas.

c)    Signs:

   1)    Signs purchased from the Department shall be conspicuously posted on
         the perimeter fence of hound running areas at intervals of 500 feet or less
         with at least one sign on each side of the hound running area.

   2)    The price for signs shall be set by the Department. The price shall be the
         cost of the sign procured by the Department plus the cost to ship the signs
         to Hound Running Area Permit holders.

   3)    Signs are available by calling 217/785-3423 or by writing to:

               Illinois Department of Natural Resources
               License Consignment/Permits,
               PO Box 19458
               Springfield IL 62794-9458

d)    Hound running areas shall meet the following requirements:

   1)    Coyote and fox hound running areas shall have an area of not less than
         160 contiguous acres with a dog-proof escape area in each 20 acre tract.

   2)    Coyote and fox hound running areas for inexperienced hounds one year or
         less in age shall have an area of 10-80 contiguous acres with 2 dog-proof
         escape areas for tracts of 40 acres or less and an additional dog-proof
         escape area for each additional 20 acre tract or partial tract.

   3)    Raccoon hound running areas shall have an area of not less than 20
         contiguous acres with a dog-proof escape area in each 5 acre tract.

   4)    Rabbit hound running areas shall have an area of not less than 5
         contiguous acres with a dog-proof escape area in each 2.5 acre tract.

   5)    Dog proof escape areas must be approved by the Department, appropriate
         for the species of animal pursued, available for use by pursued animals
         when hounds are present, and distributed evenly in hound running areas.

e)    Perimeter fences shall completely enclose the hound running area, shall have
      rounded corners designed to prevent animals from being trapped in corners by

hounds, and shall be of sufficient design and strength to prevent any released animal from escaping or any wild free ranging animal from entering the hound running area.

f) Perimeter fences for coyote, fox and raccoon hound running areas shall meet the following requirements:

 1) Height – at least 6 feet.

 2) At the top of the perimeter fence, a minimum of 12 inches of additional fence shall be bent inward at a 90 degree angle.

 3) At the bottom of the perimeter fence, a minimum of 12 inches of additional fence shall be bent inward at a 90 degree angle and secured to the ground, or the additional 12 inches of fence at the bottom of the perimeter fence may be buried with no bend.

 4) Electric wires with sufficient current to contain coyotes, foxes and raccoons and deter hounds shall be placed on and along the perimeter of hound running areas as follows:

  A) Coyote, fox and raccoon hound running areas – on the perimeter fence on electric fence standoffs between 40 and 46 inches from the ground.

  B) Coyote and fox hound running areas – one foot inside and one foot high along the perimeter fence.

  C) Coyote and fox hound running areas – 4 feet inside and 2 feet high along the perimeter fence.

 5) Perimeter fences and electric wires shall be maintained and shall be clear of debris and vegetation.

g) Perimeter fences for rabbit hound running areas shall meet the following requirements:

 1) Height – at least 4 feet.

 2) At the bottom of the perimeter fence, a minimum of 12 inches of additional fence shall be bent outward at a 90 degree angle and secured to the ground or the additional 12 inches of fence at the bottom of the perimeter fence may be buried with no bend.

 3) Perimeter fences shall be maintained and shall be clear of debris and vegetation.

h) Competitive hound events (i.e., fox hound field trials, beagle or basset hound field trials and hunt tests, or coonhound night hunts, water races, treeing contests and

field trials) conducted in hound running areas must comply with the provisions of 17 Ill. Adm. Code 930 (Field Trials on Private Lands).

i)      The breeds of dogs commonly referred to as sporting dogs may be trained or field trialed in hound running areas. Sporting dog training and field trialing in hound running areas must comply with the provisions of 17 Ill. Adm. Code 960 (Dog Training on Non-Department Owned or -Managed Land) and 17 Ill. Adm. Code 930 (Field Trials on Private Lands), respectively.

j)      Compliance requirements:

      1)      Hound running areas established prior to April 1, 2012 shall be in compliance with the perimeter fencing provisions of this Part not later than 2 years after April 1, 2012.

      2)      The Department will waive the acreage requirements for hound running areas in existence prior to April 1, 2012.

            A)      A waiver for up to 5 consecutive years will be granted if the Hound Running Area Permit holder requests an acreage waiver in writing.

            B)      Upon expiration of the first waiver, an additional waiver for up to 5 consecutive years will be granted if the Hound Running Area Permit holder requests an acreage waiver in writing and has made reasonable progress towards meeting the hound running area acreage requirements. Reasonable progress means having added at least 25% of the remaining acreage needed to meet the hound running area acreage requirement.

            C)      The Department may place restrictions on the number of hounds loosed at any given time in hound running areas with acreage waivers.

      3)      The Hound Running Area Permit holder must be in compliance with all other provisions of this Part when the Hound Running Area Permit is approved.

## Section 970.50 Marking of Animals

a)      Each rabbit possessed under authority of a Hound Running Area Permit shall be marked with a unique numbered ear tag provided by the Department. The cost for each ear tag shall be the actual cost incurred by the Department for the procurement of the tags plus the cost for shipping the tags to the Hound Running Area Permit holder.

b)      Each coyote, fox and raccoon possessed under authority of a Hound Running Area Permit shall be marked with a unique numbered ear tag and unique passive

integrated transponder (PIT) tag provided by the Department. The cost for each set of tags shall be the actual cost incurred by the Department for the procurement of the tags plus the cost for shipping the tags to the Hound Running Area Permit holder.

c)     Only ear and PIT tags obtained from the Department may be used. To obtain tags refer to the contact information in Section 970.40(c)(3).

d)     Offspring of animals contained in hound running areas must be properly marked by October 31 of each year.

## Section 970.60  Sources of Captive-Reared and Wild Animals

a)     No animals captured from the wild in another state may be imported into Illinois for possession, propagation or release under authority of a Hound Running Area Permit and accompanying Fur-bearing Mammal Breeders Permit or Class B Commercial Game Breeders Permit.

b)     Animals may be obtained from the sources listed in this subsection (b), provided they are taken or possessed in accordance with the Wildlife Code and this Section. Animals captured from the wild shall be transferred to a Hound Running Area Permit holder within 48 hours after capture.

   1)     Individuals who hold a valid Fur-bearing Mammal Breeders Permit or Class B Commercial Game Breeders Permit;

   2)     Individuals who hold a valid Class A or Class C Nuisance Wildlife Control Permit. This subsection authorizes individuals who hold a valid Class A or Class C Nuisance Wildlife Control Permit to transfer live animals to Hound Running Area Permit holders with an appropriately designated hound running area in accordance with the provisions of 17 Ill. Adm. Code 525 (Nuisance Wildlife Control Permits);

   3)     Individuals who hold a valid resident trapping license, provided animals in their possession are taken during the open season for a particular species; and

   4)     Individuals who hold a valid Hound Running Area Permit and those individuals listed in Section 970.20(f) may capture animals year-round on properties they own or lease.

## Section 970.70  Temporary Holding Facilities – Minimum Standards

Animals held in temporary confinement for more than 24 hours by Hound Running Area Permit holders shall be housed individually in escape proof pens of sufficient size for the species.

a)     Rabbits – floor space shall be at least 6 square feet.

7

b)      Coyotes, foxes and raccoons − floor space shall be at least 32 square feet.

c)      The pens shall have a solid roof to protect animals from the elements and an inside shelter, such as a wooden box, plastic barrel or animal carrier.

## Section 970.80  Disposition of Animals

a)      Animals possessed under authority of a Hound Running Area Permit and accompanying Fur-bearing Mammal Breeders Permit or Class B Commercial Game Breeders Permit may only be released into a Department-approved hound running area.

b)      Animals shall be provided feed designed to maintain adequate weight and meet the animal's nutritional requirements.  Animals shall be provided adequate water.

c)      Only fit animals shall be released in hound running areas.

d)      Fit animals possessed under authority of a Hound Running Area Permit may be transferred only to other individuals with valid Hound Running Area Permits.

e)      Animals deemed unfit by the operator for training exercises or field trialing in a hound running area shall be euthanized by gunshot or by a licensed veterinarian. Euthanized animals shall be disposed of pursuant to the Illinois Dead Animal Disposal Act [225 ILCS 610] and 8 Ill. Adm. Code 90 (Illinois Dead Animal Disposal Act).

f)      Fit animals that must be disposed of due to revocation or suspension of the Hound Running Area Permit under Section 970.90 must be transferred to an individual with a valid Permit at a different location or euthanized as specified in subsection (e).

## Section 970.90  Penalties

A Hound Running Area Permit holder who accumulates 13 or more points based on violation of the Wildlife Code as set out in 17 Ill. Adm. Code 2530 (Revocation Procedures for Conservation Offenses) and has his or her licenses, permits and stamps issued under the Wildlife Code revoked and privileges suspended, shall be allowed 30 days from the date of revocation/suspension to dispose of all animals held under the Hound Running Area Permit and the Fur-bearing Mammal Breeder's Permit or Commercial Game Breeder's Permit.  Any property operated as a hound running area by a person who subsequently has his/her privileges suspended or revoked will not be eligible to be licensed as a hound running area by any person during the period of time when the original license is suspended.

ILLINOIS DEPARTMENT OF NATURAL RESOURCES
Office of Land Management
One Natural Resources Way
Springfield, IL 62702-1271

 RECEIVED
6-20-19


ILLINOIS
DEPARTMENT OF
NATURAL
RESOURCES

### HOUND RUNNING AREA PERMIT APPLICATION

Permit Fee: $250

(Please print or type all information except required signature.)

Name of Applicant or Organization: **TOMI TRANCHITA**

If Applicant is an association, club, or corporation, list the name, title, and address of its principal officers:

Location of area (Direction and distance from nearest town): **17025 S. LeClaire Ave. Tinley Park IL 60477 (Unicorporated Cook County)**

County(s) in which area is located: **Cook**

Number of contiguous acres in area: **1,125**

Approximate number and species of animals which will be released in the area:

| | | | |
|---|---|---|---|
| Coyote | 1 | Rabbit | |
| Red Fox | | Raccoon | |

(Provide numbers for only those animal species that will be released.)

This application is made subject to the provisions of Sections 5/1.2y, 5/1.2z, 5/2.30, 5/2.33dd, 5/2.36, 5/3.5c, 5/3.25, 5/3.26, 5/3.33, 5/3.35 of the Wildlife Code; ILCS 720 Section 585/1; 17 IL Administrative Code Part 970; & subject to the approval of the Department of Natural Resources.

Signature of Applicant or Officer: *Tomi Tranchita*

Social Security Number: **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**

Disclosure of applicant's SSN is mandatory pursuant to 42 U.S.C. 666(a)(13) and 5ILCS 100/10-65(c) for use under the State's child support enforcement program.

Street Address: **17025 S. LeClaire Ave.**

City: **Tinley Park** State: **IL** Zip Code **60477**

E-mail Address: **tstcds@aol.com**

Residence Telephone: **708-305-1244**

Daytime Telephone: **708-305-1244**

| FOR IDNR USE ONLY | | |
|---|---|---|
| Date of Field Evaluation: | | |
| Approved: Yes: | No: | |
| Signature(s): | | |

### INSTRUCTIONS & INFORMATION:

1. Applications for this type of permit must be filed with the Department at the address provided at the top of this application.

2. Do not send permit fee with this application.

3. Include a Plat Map and an aerial photograph with the proposed Hound Running Area property highlighted or the boundaries outlined.

4. If the proposed Hound Running Area or any part of the proposed Hound Running Area property is leased, a copy of the lease(s) must be received by the Department before the permit will be issued. The term of the lease must be five years.

By signature above I declare under penalty of perjury that the information provided is true and correct, and I am not more than 30 days delinquent in complying with a child support order. Making a false statement may subject you to contempt of court. I further acknowledge that providing false or deceptive information in applying for this license is a violation of law and may subject me to arrest and the revocation on my license privileges for a period of up to five years (ICS Ch. 515, pars. 5/20-105 and 5/20-120 and Ch. 520, pars. 5/2.38 and 5/2.36)



PETITION FOR HEARING REQUEST - In re the revocation of Tomi Sue Tranchita, Petition for hearing

To: Illinois Department of Natural Resources, Office of Legal Counsel,
One Natural Resources Way, Springfield, IL 62702-1271

From: Tomi Sue Tranchita, 17025 S. LeClaire Avenue, Tinley Park, IL 60477

In re the revocation of Tomi Sue Tranchita, Petition for hearing, in regards to the Notice of Revocation of Hound Running area permit, letter dated May 22, 2019 and signed by John Fischer, Legal Counsel , Office of Legal Counsel, IDNR.

I have been informed that a Hound Running Permit is required by IDNR. I am requesting, because of the nature and circumstance of my unusual situation, that a variance of the Hound Running Area license be granted. The variance I am requesting includes, but is not limited to the following administrative code requirements. I am requesting a variance in regards to:  the acreage requirements, as I have sufficient sized pens in which to keep coyotes contained, and have done so for over 13 years;  the minimum number of 2 coyotes, because as a result of the confiscation of my four coyotes by IDNR on April 24, 2019, only one coyote remains alive per IDNR statements; ear tag requirement for my coyote Luna as she will not be used in actual hound running; electric fencing as my coyote is contained and no danger to the public or dogs; signage as the containment is on my property and not accessible to the public except by guided tours. As you all know, my rescued coyotes were provided a safe sanctuary on my property for up to 13 years and I will obviously not be letting hounds attack and kill my one remaining live coyote. I have a valid #760 Fur Bearing Animal Breeder License, Customer Number 404966608, Transaction Authorization number 020299399, good through 3/31/2020.

If the Hound Running license allows me to continue to care for Luna, I will gladly pay IDNR the $250 permit fee yearly for the remaining years of her life.

After all that has happened, I ask you to kindly consider this option, as a remedy to resolve any issues IDNR may have with me keeping Luna safe and secure for the remaining years of her life.

I look forward to meeting with your representative for an inspection of the fenced in area that has kept 4 coyotes contained for up to 13 years, and has kept the public safe as well. The area has been USDA approved, meeting all requirements for each and every one of the past 13 years. The coyotes were always well taken care of, and always under veterinary care. Each and every coyote I had was determined unreleasable by veterinarians as they were all rescues and imprinted on humans at an early age. I did not breed or take coyotes out of the wild. My purpose was only to provide a safe haven for a few coyotes who would have otherwise perished. At the same time, I constantly educated the public about coyotes' value to our ecosystem as predators and scavengers, and I provided valuable information to the public as to ways to peacefully coexist with coyotes, thus lessening coyote/human conflict.

Thank you very much for your kind consideration in this matter.

Sincerely
Tomi Sue Tranchita

*Tomi Sue Tranchita* 6-19-2019







51 min (2.6 mi)

