# **EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMI TRANCHITA, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-5956 |
| | ) |
| v. | ) Hon Sara L. Ellis |
| | ) |
| KWAME RAOUL, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF SERGEANT STUART FRASER

I, Sergeant Stuart Fraser, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows.

1. I am a Sergeant of the Illinois Conservation Police.

2. On October 20, 2020 I conducted a search of the Illinois Department of Natural Resources to determine if any of the following individuals or entities held a scientific and special purpose permit, commonly referred to as a rehabilitator permit, as of April 2020 or June 2020: Flint Creek Wildlife Rehabilitation, Dawn Keller, Forest Preserve District of DuPage County d/b/a Willowbrook Wildlife Center, Big Run Wolf Ranch, John Basile, Wheaton Park District d/b/a Cosley Zoo, Fox Valley Wildlife Center, Treehouse Wildlife Center, Hoo Haven Wildlife and Education Center, and Karen M. Herdklotz.

3. The search showed that 7 of the 10 individuals and entities had a rehabilitator permit as of April 2020 or June 2020. Specifically, Flint Creek Wildlife Rehabilitation, Dawn Keller, Forest Preserve District of DuPage County d/b/a Willowbrook Wildlife Center, Fox Valley Wildlife Center, Treehouse Wildlife Center, Hoo Haven Wildlife and Education Center, and Karen M. Herdklotz had a rehabilitator permit as of April 2020 or June 2020.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2020.

SGT. Stuart Fraser #505
_____
Sergeant Stuart Fraser