**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TOMI TRANCHITA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-5956 |
| | ) | |
| v. | ) | Hon Sara L. Ellis |
| | ) | |
| KWAME RAOUL, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING**

**To:    Attorneys of Record**

PLEASE TAKE NOTICE that on **October 26, 2020**, I caused to be filed with the Clerk of the Unit States District Court, Northern District of Illinois, Eastern Division, **Defendants Callahan, Fischer, and Mooi's Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction,**

*/s/ Mary A. Johnston*
MARY A. JOHNSTON
ASSISTANT ATTORNEY GENERAL
Office of the Illinois Attorney General
General Law Bureau – Civil Rights Unit
100 W. Randolph St., 13th Floor
Chicago, IL 60601
(312) 814-3739
(312) 814-4425 (FAX)
mjohnston@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing notice and referenced pleading was served on all counsel of record via the Court's CM/ECF system on the **26th**th **day of October, 2020**.

*/s/ Mary A. Johnston*
MARY A. JOHNSTON