**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOMI TRANCHITA, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-5956 |
| | ) |
| v. | ) Hon Sara L. Ellis |
| | ) |
| KWAME RAOUL, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS CALLAHAN, FISHER, AND MOOI'S UNOPPOSED
MOTION TO FILE OVERLENGTH BRIEF INSTANTER**

Defendants Colleen Callahan, John Fischer, and Sergeant Joshua Mooi by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully move this Court pursuant to Local Rule 7.1 for leave to file a 20-page response to Plaintiff's motion for a temporary restraining order and preliminary injunction.

1. Plaintiff filed a 15-page memorandum in support of her motion for a temporary restraining order and preliminary injunction. This motion asserts that Plaintiff is entitled to a mandatory injunction that would require that the Illinois Department of Natural Resources not enforce state law and allow Plaintiff to keep a coyote on her residential property without the required permits.

2. Under these circumstances, Defendants believes a 20-page response to Plaintiff's motion will aid the Court in deciding whether or not a preliminary injunction is warranted. A 20-page response will allow Defendants to fully address the standards Plaintiff must meet to obtain a preliminary injunction and Plaintiff's claims. This request is not for an improper purpose, and it will not prejudice Plaintiff.

3. Counsel for Plaintiff has does not oppose this Motion to File an Overlength Brief.

4. Defendants have filed their response to Plaintiff's motion as ECF No. 13.

For these reasons, Defendants respectfully move the Court, pursuant to Local Rule 7.1 for leave to file a 20-page response to Plaintiff's motion for temporary restraining order and preliminary injunction.

October 26, 2020

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

 /s/ Mary A. Johnston
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601

*Counsel for the IDNR Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 26, 2020, I caused a copy of the foregoing *Defendants Callahan, Fischer, and Mooi's Unopposed Motion to File Overlength Brief Instanter* to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

 /s/ Mary A. Johnston