**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOMI TRANCHITA, ) | |
| ) | |
| Plaintiff, ) | Case No. 20-cv-5956 |
| ) | |
| v. ) | Hon Sara L. Ellis |
| ) | |
| KWAME RAOUL, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF MOTION**

**To:** **Attorneys of Record**

    **PLEASE TAKE NOTICE** that on **November 5, 2020, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sara L. Ellis, or whoever may be sitting in her stead, in Room 1403 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANTS CALLAHAN, FISCHER, AND MOOI'S UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF INSTANTER**, a copy of which is hereby served upon you.

October 26, 2020                                                    Respectfully submitted,

                                                                                 KWAME RAOUL
                                                                                 Attorney General of Illinois

                                                                                 */s/ Mary A. Johnston*
                                                                                Mary A. Johnston
                                                                                 Office of the Illinois Attorney General
                                                                                 100 West Randolph Street
                                                                                 Chicago, Illinois 60601

                                                                                 *Counsel for the IDNR Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing notice and referenced pleading was served on all counsel of record via the Court's CM/ECF system on the **26th** day of **October, 2020**.

                                                                                 */s/ Mary A. Johnston*