UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOMI TRANCHITA, | CASE NO. 1:20-cv-5956 |
| Plaintiff, | JUDGE SARA L. ELLIS |
| v. | MAGISTRATE: JEFFREY COLE |
| KWAME RAOUL, et al. | **PLAINTIFF TOMI TRANCHITA'S DECLARATION IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| Defendants. | |

THE URGENCY OF LUNA COMING HOME

The director of Indiana Coyote Rescue Center, Jami Hammer, acknowledges and has told me many times that prolonged stress will shorten Luna's life. In recent months, Jami has been so concerned about Luna's condition that she asked me to visit immediately on several occasions as Luna's behavior changed and continues to decline. Jami stated a happy coyote eats better and that Luna needed to see her mom. Jami states Luna will never bond with another human. Luna is bonded to only me.

Luna is very thin and has not gained weight or grown a thick winter coat to protect her from the approaching brutal winter weather. Luna spends her time in fear of all human activity, hiding in a dog house, running and pacing in circles around her pen, and is constantly on vigil watching for human activity that she perceives as a threat. Luna retreats to a corner of her pen and squats and loses control of her bowels at the approach of humans and even when hearing voices. I have witnessed this time and time again.

Since Luna is afraid of all humans except myself, she cannot have any enriching interaction with anyone except me and sadly my visits are very limited and problematic due to several factors:

The distance (2.5 hr drive one way) is hard on me physically (I am recovering from a back injury at work and have poor vision driving after dark). With daylight hours dwindling as we enter fall

and winter, time does not allow many hours to spend with Luna and Jami does not allow visitations to go after dark.

Weather plays a role and with cold and winds in the Indiana farm belt, it is nearly unbearable at times during winter. It's also unsafe to drive there with snow and ice on the roads, especially the rural roads that are approximately 40 miles distance once I am off of the main Highway I-65.

The expenses of getting there add up every time. In addition to gasoline, I buy and bring as much food as possible for Luna which never lasts long with 10 other coyotes and 2 wolf dogs. I am spending a lot of money that I never spent before on food when I had 4 coyotes in my care.

Lastly my visits are at the mercy of Jami. I have been denied visits for personal occurrences in Jami's life. She is often busy and has stated she cannot accommodate visits. Deaths in her family, a surgery, and covid concerns have kept me from Luna for weeks and even months at a time. Luna needs the visits, Jami has stated Luna eats better after I visit. I believe my visits gave Luna hope and have kept her alive, but that without me, Luna will continue to decline.

Since the facility is at her home, there are not regular staff present to allow me to visit Luna when Jami is not able to accommodate a visit. With one exception on October 14th when Jami was out of town I was allowed to visit Luna as Jami's boyfriend was at the house. I am extremely grateful for that time with Luna and with very little activity and no other humans around Luna ate a lot for me on that day.

Luna was constantly still on vigil checking her surroundings and she was startled and afraid of any noises including the wind blowing. It is very difficult emotionally for me to see Luna in this state of uneasiness and constantly fearful of her surroundings. She is still very thin and her winter coat is not coming in thick like it should. She is skin and bones with no body fat or muscle mass and I'm very afraid that she will not make it through the winter. I try to do all I can to help Luna and I brought a bale of straw with me on my October 14th visit and insulated Luna's dog house with the straw.

Jami's boyfriend stated that Luna was eating the food they were giving her and clearing her bowl every time, but not gaining weight because she is old. I found dog food that was old and hardened and a rancid feathered young turkey that Luna did not eat so Luna is not eating everything she is given. I am afraid whatever she is eating, it's just not enough for her, or her age and stress and incessant pacing and nervousness is preventing her from gaining the needed body mass and fat to endure a very cold winter. I'm afraid that Luna is not always getting the foods that she prefers and would eat. She almost always eats chicken and ground beef and other meat that I bring with a healthy appetite when I visit. I would be able to feed Luna her favorite foods every day if she was in my care.

Since I am the only person that can get close to Luna and she is not penned with another coyote, my infrequent visits are the ONLY quality contact she has with another living being. As a

pack animal, Luna needs that contact to thrive, she needs enrichment with touch, scent, affection and play. Luna really needs this every day and thrived on it when in my care for 13 years. Jami has stated that Luna could make a dramatic turn for the better if back in my care. Even an experienced coyote caretaker like Jami cannot make things better for Luna. Luna cannot be paired with another coyote due to her age.

It continues to weigh heavily on my mind constantly that Luna is either hiding in her doghouse, pacing or on vigil and scared of her surroundings. It is not a good way for her to live. Everything familiar to Luna has been taken away from her and I am all she has left of the happy and relaxed life she experienced in my care. My $25,000 enclosure sits empty when it could easily provide Luna with a quality of life for her remaining time on earth. Luna is bonded to only me. The humane thing for Luna would be to be able to finally relax in my care, after 18 months of separation.


I NEVER CONSIDERED MY COYOTES TO BE PETS

Following are videos I created years ago on my YouTube Channel with the intent to explain and show people why coyotes should not be considered for pets.

I never thought of my coyotes as pets and everyone who visited my facility got the coyotes are not pets speech from me.

I didn't decide one day that it would be a good idea to obtain coyotes. They came into my life while I was volunteering with a rehabber / rescue group Wildlife Guardians / The SAFE Project (Saving Animals From Euthanasia). The coyotes could not be safely released due to their dependence and imprinting on humans, according to USDA and private veterinarians. I was able to provide a safe environment and exhibit them to the public in approved escape-proof enclosures with USDA licensing on my 1.125 acre property.

My intention has always been teaching the public about coyote behavior and ways to peacefully coexist with wild coyotes. Some visitors would comment that it would be cool to have a coyote as a pet because mine were quite friendly and greeted people with wagging tails. I felt it was my mission to educate the public on coyote behaviors and why they should NOT be considered for pets. I have always felt very strong about this and did everything I could to discourage people from wanting to get a coyote as a pet.

I was very proud to serve both coyotes and people in this way by providing information that lessened coyote/human conflict, put peoples mind at ease, and saved coyotes lives.

Video title: Coyotes are not pets
148,000 views, published April 18, 2016
This is a short clip showing aggression over a toy from Sandy (Luna's brother). With so many

views, I have hope that I have discouraged a tremendous amount of people from obtaining a coyote as a pet.
https://youtu.be/gCpdMcJdi7U
Description states:
Cute Wild Puppies grow into Cute Wild Adults that will never be like a domestic dog. You probably won't appreciate a coyote's wild behavior if you're trying to keep one as a house pet. Rescue / sanctuary situations are different and caring for coyotes has taught me a lot about them. I am not in favor of people breeding wild animals for captivity and I want to show coyotes are not all like Wiley. They all have different personalities so you can never know what you'll get. Coyotes need large escape proof outdoor enclosures to keep them and the public safe and it is illegal unless you obtain licensing. Without licensing the animals can be taken and euthanized. There are many failed attempts to keep coyotes, as with all sorts of wildlife, cute babies grow into adults and behaviors change. Many failed attempts to domesticate coyotes tragically end in the coyotes deaths. This is why I urge anyone considering purposefully getting a coyote to please go to a shelter and adopt a dog. There are too many dogs in shelters dying every day, YOU can make a difference!

https://youtu.be/a5ghM_JFSAk
Video titled: Coyotes are not pets. Please adopt a dog instead.
1300 views, published Dec. 24 2018
This video shows Luna and her brother Sandy, and I talk about why coyotes should not be pets.
Description states:

> Just a few minutes in the life of Sandy and Luna, captive coyotes that made their way into the hands of humans at a very young age. Bottle fed by human hands, they became too imprinted on humans and could not be safely released back into the wild. Although a few people can actually keep a coyote indoors, that is a 24/7 operation and the animal is most often contained for periods of time in a small cage. So I ask the question, is that really a success for that coyote? Should wild animals be bred for captivity? I am of the strong opinion that they should not in the case of coyotes. I do not consider myself an expert but I have experience and I can tell you that it is not an ideal situation for a coyote or any other member of a household to try to integrate one into a home environment.
>
> I would simply encourage you to walk through your local shelter first if you are considering adopting a coyote. There are so many animals already here that need your loving help and home. They will be put down if they are not adopted. Many no kill shelters do eventually euthanize. It's tragic. Way too many dogs and cats on death row will be killed because humans cannot manage the situation. Spay and neuter your pets and help stop the cycle. Know that wild coyotes are doing mankind a great service by

> keeping the rodent population in check! Their diet consists of 95% rodents! Let us not be careless and greedy in our relationship with nature. Humans decimated the wolf population which is why the coyote population has boomed... Wildlife Management should perhaps be left to the wildlife!

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 2nd day of November 2020, at Tinley Park, Illinois.

*Tomi Tranchita*    11-2-2020

Tomi Tranchita