# INTERSTATE WILDLIFE VIOLATOR COMPACT

Effective July 1, 2007 Illinois was accepted as a member of the Interstate Wildlife Violator Compact (IWVC).

*How the IWVC works:*
- Compact Membership applies to aquatic life and wildlife violations.
- The Compact allows non-resident violators receiving citations for violations in participating states to be treated the same as residents who are in violation
- A violator who fails to comply with the terms of a citation issued in a participating state faces the possibility of the suspension of his/her privileges in his/her home state until the terms of the citation are met.
- The Compact provides for the reciprocal recognition of the suspension of license privileges by participating states. (Illinois has already recognized suspensions imposed by other states for several years. Membership in the Compact will now allow other states to recognize Illinois' suspensions.)
- Finally, the Compact provides that information on convictions in participating states may be forwarded to the home state of the violator.

*Benefits of IWVC membership:*
The IWVC not only assures equal treatment of residents and non-residents of participating states, but also enhances the law enforcement services and deterrent value of time spent patrolling by uniformed officers. The reciprocal recognition of suspensions between states is intended to address the problems associated with the mobility of many violators.

*Compact Member States (26):*

| | | | |
|---|---|---|---|
| Arizona | Indiana | Missouri | Oregon |
| California | Iowa | Montana | South Dakota |
| Colorado | Kansas | Nevada | |
| Florida | Maryland | New Mexico | Tennessee |
| Georgia | Michigan | New York | Utah |
| Idaho | Minnesota | North Dakota | Washington |
| Illinois | Mississippi | | Wyoming |

## ADMINISTRATIVE ACTIONS

The Department of Natural Resources may also hold an administrative hearing to revoke licenses/suspend privileges in certain egregious cases, wherein a person has had a finding of guilty (including supervision or conditional discharge) in a circuit court of the State of Illinois or by a U.S. District Court in an Illinois District, regardless of whether or not sufficient points for suspension have been reached.

## ADDITIONAL PROVISIONS

In addition, any person whose privileges have been suspended may not obtain or apply for any such license or permit covered by the suspension during that period of suspension. Any person whose license or permit has been revoked or his/her privileges suspended may not, during the period of revocation/suspension 1) be in the company of any person engaged in the activity covered by the revocation/suspension, or; 2) serve as a guide, outfitter or facilitator for any person who is engaged or prepared to engage in the activity covered by the revocation/suspension, until such time as the period of revocation/ suspension is completed and the appropriate licenses/permits have been obtained.

## PENALTIES FOR VIOLATION OF REVOCATIONS/SUSPENSION/ DENIAL OF PRIVILEGES

Persons who violate the prohibitions of their revocation/suspension/denial of privileges shall be guilty of a Class A Misdemeanor with penalties of up to 364 days jail time and up to $2500.00 in fines.

## REVOCATIONS/SUSPENSIONS IN OTHER STATES AND CANADA

It shall also be unlawful for any person to be issued or obtain an Illinois license or permit or while in Illinois, engage in any activity regulated by the Illinois Fish and Aquatic Life Code or Wildlife Code during the time that person's privileges to engage in the same or similar activities are suspended or revoked by another state, by a federal agency or by a province of Canada.

## ILLINOIS CONSERVATION POLICE REGION OFFICE LOCATIONS

**REGION I**
2317 E. Lincolnway - Suite A
Sterling, IL 61081
(815) 625-0086

**REGION II**
2050 W. Stearns Rd
Bartlett, IL 60103
(847) 608-3100

**REGION III**
1556 State Rte. 54
Clinton, IL 61727
(217) 935-6860, ext. 228

**REGION IV**
4521 Alton Commerce Pkwy
Alton, IL 62002
(618) 462-1181

**REGION V**
11731 State Hwy 37
Benton, IL 62812
(618) 435-8138

**SPRINGFIELD ADMINISTRATIVE OFFICE**
One Natural Resources Way
Springfield, IL 62702-1271
(217) 782-6431





**Illinois Department of Natural Resources**

For more information, contact the Department of Natural Resources – Office of Law Enforcement at (217)782-6431, or visit the DNR home page at **www.dnr.state.il**

Equal opportunity to participate in programs of the Illinois Department of Natural Resources (IDNR) and those funded by the U.S. Fish and Wildlife Service and other agencies is available to all individuals regardless of race, sex, national origin, disability, age, religion or other non-merit factors. If you believe you have been discriminated against, contact the funding source's civil rights office and/or the Equal Employment Opportunity Officer, IDNR, One Natural Resources Way, Springfield, Ill. 62702-1271; 217/785-0067; TTY 217/782-9175.

Printed by the Authority of the State of Illinois
20M 8/07 • IISG08-89

**State of Illinois**
Rod R. Blagojevich, Governor

**Department of Natural Resources**





# REVOCATIONS/SUSPENSIONS FOR VIOLATIONS

# Point System

On June 18, 2007 several changes to the point system for license revocations/privilege suspensions went into effect. The changes are indicated in the shaded areas, and apply to violations occurring on or after that date.

## APPLICATION WITHIN ACTS

The point system applies to revocations/suspensions authorized under the following conservation laws:

**Fish and Aquatic Life Code** (515 ILCS 5)
**Wildlife Code** (520 ILCS 5)
**Endangered Species Protection Act** (520 ILCS 10)
**Timber Buyers Licensing Act** (225 ILCS 735)
**Ginseng Harvesting Act** (525 ILCS 20)

or any similar federal statutes or rules.

## GROUPS

**Group A**
Wildlife Code, Endangered Species Protection Act (*Wildlife*) and Federal Offenses (*Wildlife*)

**Group B**
Fish and Aquatic Life Code, Endangered Species Protection Act (*Aquatic Life*) and Federal Offenses (*Aquatic Life*)

**Group C**
Timber Buyers Licensing Act

**Group D**
Ginseng Harvesting Act, Endangered Species Protection Act (*Plants*) and Federal Offenses (*Plants*)

## POINTS

Each time a person is found guilty by a circuit court of the State of Illinois (including supervision or conditional discharge) or by a U.S. District Court in an Illinois District, the specific number of points assigned to such violation shall be charged against that person.

*Petty Offense* = 3 points
*Class C Misdemeanor* = 6 points
*Class B Misdemeanor* = 9 points
*Class A Misdemeanor* = 12 points
*Class 4 Felony* = 24 points
*Class 3 Felony or higher* = 60 points
*Any violation committed during a period of suspension* = 60 points.

Federal offenses shall be assessed points based upon the classification of offense for the corresponding Illinois violation.

## TYPES

**Type I Offenses** = Those offenses related to commercial/business activities covered under the Timber Buyer, Taxidermist, Aquaculture, Aquatic Life Dealer, Minnow Dealer, Mussel Dealer, Commercial Roe Dealer, Commercial Fisherman, Commercial Musselor, Commercial Roe Harvester, Game and Game Bird Breeder, Wild Game Food Dealer, Fur Bearing Animal Breeder, Fur Tanner or Migratory Waterfowl Hunting Area licenses and permits.

**Type II Offenses** = All other offenses related to activities covered under licenses and permits. (Example: hunting, trapping, fishing, etc.)

## COMPUTATION OF SUSPENSION PERIODS

For **Type I Offenses**, any person who, within an 18 month period, accumulates 13 or more points in a single group shall have all licenses, permits and stamps relevant to that type of activity revoked, and the person's privilege to engage in the activity shall be suspended for a period of time that equals one month for each point accumulated. All accumulated points shall remain in effect for 18 months from the date of arrest that resulted in the point accumulation and shall not be removed or reduced by a period of suspension. Any second or subsequent suspension imposed shall be served consecutively to any earlier suspension.

For **Type II Offenses**, any person who, within a 36 month period, accumulates 13 or more points in a single group shall have all licenses, permits and stamps relevant to that type and group revoked, and the person's privilege to engage in the activity covered by the type and group shall be suspended for a period of time that equals one month for each point accumulated. All accumulated points shall remain in effect for 36 months from the date of arrest that resulted in the point accumulation and shall not be removed or reduced by a period of suspension. Any second or subsequent suspension imposed shall be served consecutively to any earlier suspension.

## SINGLE INCIDENT RULE

In the event that multiple findings of guilt are entered against an individual arising out of a single incident or act, full points shall be assessed only for the finding of guilt with the highest point level with additional points being assessed for the remaining findings of guilt as follows:

- *Petty Offense* = 1 point
- *Class C Misdemeanor* = 2 points
- *Class B Misdemeanor* = 3 points

The Single Incident Rule shall not be applied in any cases where the highest level violation is a Class A Misdemeanor or higher (12 points or greater) or in cases where violations occurred while the individual was suspended

## EXAMPLES:

A) **Type I** – *Findings of Guilt for Separate Incidents:*
A person found guilty of violations of no taxidermy license, failure to tag specimens, and failure to keep proper records (a Class B Misdemeanor and 2 petty offenses, respectively) occurring on different dates is assessed the full 15 points (9+3+3), and revocation of taxidermy license and suspension of taxidermy privileges only is imposed for a period of 15 months.

B) **Type I** – *Findings of Guilt for a Single Incident:* A person found guilty of the same violations as A) above (a Class B Misdemeanor and 2 petty offenses) arising out of a single incident has no revocation/suspension imposed, with 11 points assessed (9+1+1).

C) **Type II** – *Findings of Guilt for Separate Incidents:* A person found guilty of unlawful possession of freshly killed whitetail deer during closed season (Class A Misdemeanor – 12 points) and taking an over limit of quail (Petty Offense – 3 points) has his/her hunting license, trapping license, migratory waterfowl stamp, habitat stamp, deer/turkey permits, etc. revoked, and Type II privileges suspended in Group A for a period of 15 months.

D) **Type II** – *Findings of Guilt for a Single Incident*
* 1) A person found guilty of violations of taking game birds with a rifle and no hunting license (Class A Misdemeanor and Petty Offense) arising out of a single incident is assessed 15 points and suspension imposed as described in C) above. The Single Incident Rule does not apply to cases where the highest level violation is a Class A misdemeanor or higher.

* 2) A person found guilty of violations of taking deer without a permit and no hunting license (Class B Misdemeanor and Petty Offense) arising out of a single incident has no revocation/suspension imposed, with 10 points assessed (9 + 1).

E) *Imposition of Subsequent Suspensions*
* 1) The person in C) above completes the 15 month suspension, and two months later (less than 36 months from the date of the first violation) again unlawfully possesses a freshly killed whitetail deer during closed season and is found guilty (12 points). This person's licenses are again revoked and privileges suspended for a period of 27 months (15 + 12).

* 2) The person in C) above is found guilty of a violation under the Wildlife Code that occurred during the time that his/her privileges were suspended - 60 additional points are assessed and a second suspension is imposed, to run consecutively after the first suspension (15 + 60 = 75 months total).

**A person has the right to appeal any revocation/suspension to a Department of Natural Resources Hearing Officer**