

Zuni

"Zuni" the Coyote was admitted in the spring of 2011 as an orphan. She was already human socialized by the time she came to our center and so could not be released back into the wild.

Zuni is available for Sponsorship through our Guardian Program.



## Mammals



## Reptiles & Amphibians





Sandy

Pepper

Bubbles

Tucker

Marti

Houdini

Stanley

Van Gogh

Slinky

Hazel

Noodle

Green Tree Frogs

Our Number:
(618) 466-2990

Our Address:
23956 Green Acres Rd. Dow, IL 62022

© 2019 by TreeHouse Wildlife Center, Inc.