Rescue · Rehabilitation          Release · Education

# TREEHOUSE WILDLIFE CENTER

HOME          ABOUT US          THE          DONATE

## Permanent

Meet our wildlife ambassadors! All of these animals are native rescues who were injured in a way able to return to the wild. Scroll over the pictures to learn more about our resident wildlife!



### Apache

"Apache" the Coyote was hit by a vehicle in September 2015 in Fairview Heights which resulted in both of his front legs being broken. His right front leg was broken more severely near the "elbow" joint so he cannot run full speed, or if he tries, he limps for a little bit afterwards. You cannot even tell he has a disability when he walks. He was declared non-releasable since he can't run well enough to catch prey or escape danger. He has become best friends with Zuni.

Sponsorship available.

| | | | | | |
|---|---|---|---|---|---|
| Spuds | Hope | Mac | Ozzy | Emrys | Unnamed Bald... |
| Bandit | Julien | Cirrus | Hershey | Luke | Socks |
| Maorga | River | Aspen | Millie a.k.a. Mill... | Blue | Unnamed Kest... |



| | | | | | |
|---|---|---|---|---|---|
| Stevie | Howie | Owlbert | Cole | Jack | Heady |

| | | | | |
|---|---|---|---|---|
| Chili | Kasper | Leia | BoBo-NoBo | Ingram |

## Mammals

| | | | |
|---|---|---|---|
| Dorian | Utah | Moxie | Vixey |
| Nyx | Rizzo | Apache | Mama |
| Zuni | Murray | Murray II (Jabba) | |

## Reptiles & Amphibians





| | | | |
|---|---|---|---|
| Sandy | Pepper | Bubbles | Tucker |
| Marti | Houdini | Stanley | Van Gogh |
| Slinky | Hazel | Noodle | Green Tree Frogs |

Our Number: (618) 466-2990

Our Address: 23956 Green Acres Rd. Dow, IL 62022

© 2019 by TreeHouse Wildlife Center, Inc.

