https://www.advantagenews.com/amid-the-trees-treehouse-wildlife-center-thrives-in-dow/article_6397ebe0-2c59-51e6-9983-71144607ca79.html

# Amid the trees, TreeHouse Wildlife Center thrives in Dow

Apr 16, 2019



The TreeHouse Wildlife Center in Dow.

Photo by Nathan Grimm

TreeHouse Wildlife Center is one of the area's best-kept secrets.

Case: 1:20-cv-05956 Document #: 16-6 Filed: 11/02/20 Page 2 of 4 PageID #:609

Quite literally, the wildlife rescue, rehabilitation and release organization is hard to find without a map or GPS device, tucked away in rural Dow amid farms and accessible only by country roads. But a remote location hasn't stopped a handful of employees, a dedicated group of volunteers and countless generous supporters from turning the grassroots effort into a full-fledged operation that continues to grow.

The wildlife center is celebrating its 40th anniversary this month, but on a quiet Monday afternoon few of the injured or human-imprinted barred owls, opossums, red-shouldered hawks, coyotes and numerous other residents of the 8.5-acre property were experiencing a break from their routine.

That's the goal, said **Kelly Vandersand**, fundraising coordinator and one of the few full-time employees of the center. The non-profit has a stated mission of being "dedicated to the rescue, rehabilitation, and release of native wildlife while promoting environmental awareness through education."

To do that successfully -- to rescue, rehabilitate and release as many animals back into the wild as possible -- the wildlife are kept at a distance, not socialized like domestic pets might be. Staff and volunteers administer care as needed but let the animals, especially younger wildlife that may still be developing, live as they might in their natural surroundings, including letting some of the center's lifelong residents take the younger species under their wings.

"When we have those baby animals, you have to be careful that they don't imprint, habituate or socialize on people, because then the chances of them surviving once we release them are diminished," Vandersand said. "If we have a foster parent raise them, they give them the kind of signals saying, 'Humans are bad,' they care for them, and they teach them things that we can't possibly teach them. So, we have a lot of protocols to ensure babies are protected."

**Adele Moore** and **Richard Evans** founded the center in Brighton in 1979 after taking an interest in an injured adult cottontail rabbit sitting in the middle of Milton Hill Road in Alton a few years prior. The center grew from there, both physically and in presence, and in 2003 it was decided to look for a larger space to house the operation.

Since 2010, the center has called the Dow property, once a private residence, home. The main level of the building houses its gift shop and a wildlife educational center populated by turtles, snakes and Sandy, the axolotl.

Animals not well enough or mature enough are cared for in the hospital on the lower level of the center's facility. To provide the best treatment for the animals, TreeHouse partners with Glen Carbon's Hawthorne Animal Hospital, which in 2017 established the Angel Fund to provide financial support in order to improve the quality of life for animals.

A 5,760-square-foot flight enclosure behind the main building give birds the chance to regain the strength in their wings by flying long distance horizontally and vertically. Out front, beyond the circle drive, a few dozen outdoor enclosures, constructed of wooden posts covered with metal netting and populated by tree branches, ramps and shaded perches, house wildlife of various species, including bald eagles, turkey vultures, pelicans, foxes and more.

Their stories are largely the same. Many animals have come to the center after being found on the side of the road, like Apache the coyote, who sustained two broken legs after being hit by a car in Fairview Heights in 2015. Others, like Apache's penmate Zuni, were kept as pets only to be surrendered by their owners, leaving them unable to be released back into the wild.

About half of the animals taken in by the facility are later released, Vandersand said. That number compares favorably to the national average, which is between 40 and 60 percent, according to Vandersand.

And while the center hopes to release as many animals as possible, the permanent residents form a sort of family, complete with their own personalities. In making the rounds, Vandersand knows each one, from Ed, the American white pelican whose pen houses two mirrors because he prefers the company of his own reflection, to Chuckles, the red fox who is a YouTube star for her trademark "laugh," to Bandit, a rare, quirky osprey not usually found in the area.

Animals not able to be released have one of three jobs.

They might become a static display animal, becoming education ambassadors for their species but only for visitors to the center. Others, like Chuckles, become foster parents, raising the young, wild animals the center intakes. Still others with the right temperament and training become education animals for the center's programming outside of the center.

The center offers one-hour long outreach programs specifically designed for school assemblies, classrooms, senior citizen centers, service organizations, and similar setups. Programming utilizes education ambassador animals combined with discussion of the natural history of native species and current issues affecting them.

Being the only licensed facility of its kind in the area, its footprint and vision continues to grow as well. Vandersand said the next step in both its rehabilitation and education offerings is a migratory waterfowl hospital that can accommodate trumpeter swans, pelicans and other large birds traveling through the area.

"With the small ducks, we can give them a bucket of water and they can swim around in there. But with the large ones, we don't really have a big enough pool for them to totally take the weight off of their legs and all of that," she said. "We will be the only organization that I'm aware of that will be able to provide large waterfowl treatment like that."

Plans include tearing down an existing, unused building on the property, installing a deck and a 50-person education classroom complete with a bathroom and a kitchen, and attaching the migratory waterfowl hospital to the back of the classroom.

"We're hoping within five years this will be a completed project," she said, "but right now we're still in the planning stage."

As with anything related to the center, the key will be fundraising -- TreeHouse operates entirely without government funding, relying solely on donations from the public, memberships, fundraisers, grants, and fees from education programs. Vandersand said the center hopes to kick off a capital fundraising campaign in the near future.

For now, though, the center will continue to strive to serve as a professional resource for those who encounter a wild animal in need, a hidden gem in the Riverbend.

TreeHouse Wildlife Center is located at 23956 Green Acres Road in Dow. The education center is open daily from 10 a.m. to 4 p.m., and the outdoor grounds are open from dawn to dusk. To donate or for more information, visit the TreeHouse website at https://www.treehousewildlifecenter.com or call the center at 618-466-2990.