11/1/2020 Coyote pup who survived attack a year ago escapes injury when oak falls on pen at wildlife center - Chicago Tribune

Case: 1:20-cv-05956 Document #: 16-7 Filed: 11/02/20 Page 1 of 6 PageID #:612

☰ SECTIONS

*Chicago Tribune*

ONLY $1 FOR 2 MONTHS Subscribe now | LOG IN

CORONAVIRUS IN ILLINOIS UPDATES ✕

| Bricks thrown at Evanston police, Northwestern University students peppe… |  Ask Amy: Inheritance leads to tension and guilt |  Kyle Rittenhouse vomited an… social medi… | › |

**BREAKING NEWS**    **NEWS**

# Coyote pup who survived attack a year ago escapes injury when oak falls on pen at wildlife center

By **CHRISTY GUTOWSKI**
CHICAGO TRIBUNE | MAY 27, 2018

  



Part of a large oak tree rests on the coyote enclosure at Flint Creek Wildlife Rehabilitation in Barrington on May 27,

2018. (Flint Creek Wildlife Rehabilitation)

Peace, the coyote pup who garnered headlines last year as the lone survivor of a brutal attack that killed his five littermates, survived another close encounter.

After being nursed back to health this past year at Flint Creek Wildlife Rehabilitation, Peace and two other coyotes narrowly missed being crushed over the holiday weekend when part of a massive oak tree crashed atop their enclosure.

The Saturday morning mishap destroyed the large pen and caused damage to a nearby red fox enclosure, said Dawn Keller, founder and director of the Barrington not-for-profit facility, which takes in more than 3,000 injured or orphaned animals a year.

The coyotes and red foxes were uninjured. She said several baby foxes, or "kits," were scheduled to be moved into the enclosure later that day. The fallen oak also narrowly missed an opossum, a wild turkey and several Canada geese in smaller enclosures.

"It could have been much worse," Keller said. "Fortunately, no one was injured or killed and no one got out."

The rehab center temporarily halted intakes over the weekend while the staff moved the animals to other enclosures and cleared the mess.

Keller said the three coyotes instinctively huddled together in a corner of their demolished enclosure until freed from the wreckage and moved into a temporary cage. Though initially terrified, all three were doing much better Sunday, Keller said.

"They're much more relaxed," she said. "They're missing their home with their pond and hollowed logs, but they're safe and calm."

11/1/2020 Coyote pup who survived attack a year ago escapes injury when oak falls on pen at wildlife center - Chicago Tribune

Case: 1:20-cv-05956 Document #: 16-7 Filed: 11/02/20 Page 3 of 6 PageID #:614



A coyote pup named Peace is shown in 2017 while recovering from injuries incurred when its siblings died. (Stacey Wescott / Chicago Tribune)

This isn't the first time Peace the coyote has survived danger. A fisherman found him in a burlap bag last May in a Cook County Forest Preserve pond in Barrington Hills. Five other pups drowned. All had been beaten.

But Peace, who was just 1 pound, survived and has been at Flint Creek ever since recovering from his injuries, including a shattered leg. Staffers settled on his name as a way to advocate for the peaceful coexistence of coyotes and other wildlife and humans, Keller said.

The center's longtime coyote, Beautiful, who serves as a kind of surrogate mom to the younger fosters, as well as one other coyote, also were in the enclosure at the time of the accident.



Breaking News Newsletter

As it happens

Get updates on the coronavirus pandemic and other news as it happens with our breaking email alerts

ENTER YOUR EMAIL ADDRESS

According to Keller, the arborist who assisted her Saturday said the tree, while healthy, likely fell due to its size and the fact it was leaning.

She estimated damage at about $6,500, which included replacing the enclosure, hiring a tree service to remove the fallen oak and further cleanup.

**LATEST BREAKING NEWS**

COVID-19 in Illinois by the numbers: Here's a daily update on cases, positivity rate and hospital data in your area
34m

COVID-19 cases in Illinois by ZIP code: Search for your neighborhood
36m

Daily Illinois coronavirus graphs: 35 new deaths, 6,980 new confirmed cases and 78,458 new test results
41m

Bricks thrown at Evanston police, Northwestern University students pepper-sprayed in off-campus clash as protesters again call on university to defund its police
42m

Coronavirus in Illinois updates: 6,980 newly confirmed cases of COVID-19 and 35 new deaths reported as statewide positivity rate hits 8%
56m

The rehab does not receive government subsidies and relies on donations from the public. For more information, visit **flintcreekwildlife.org**.

**cmgutowski@chicagotribune.com**

**Twitter @christygutowsk1**

11/1/2020 Coyote pup who survived attack a year ago escapes injury when coat falls open at wildlife center - Chicago Tribune

Case: 1:20-cv-05056 Document #: 16-7 Filed: 11/02/20 Page 5 of 6 PageID #:616

**RELATED**

'Zombie' coyotes reportedly seen in suburbs, and residents warned to keep away »

Editorial: Coexisting with coyotes (and wolves and bears and ...) in Illinois »

---

**CONNECT**



**TRIBUNE PUBLISHING**

New York Daily News

Orlando Sentinel

The Morning Call of Pa.

Daily Press of Va.

The Daily Meal

The Baltimore Sun

Sun Sentinel of Fla.

Hartford Courant

The Virginian-Pilot

BestReviews

**COMPANY INFO**

Careers

Privacy Policy

Archives

Coupons

Manage Web Notifications

FAQ

Media kit

About us

Terms of Service

Contact us

Local print ads

TAG disclosure

Chicago Tribune Store

11/1/2020 Coyote pup who survived attack a year ago escapes injury when coat takes bullet at wildlife center - Chicago Tribune

Case: 1:20-cv-05956 Document #: 16-7 Filed: 11/02/20 Page 6 of 6 PageID #:617

Copyright © 2020, Chicago Tribune