11/1/2020 Cosley Zoo - Meet Wiley. Wiley the coyote has been living at... | Facebook

Case: 1:20-cv-05956 Document #: 16-8 Filed: 11/02/20 Page 1 of 3 PageID #:618

← Cosley Zoo - Meet Wiley. Wiley the coyote has been living at... | Facebook



**Cosley Zoo** is 💛 asking for donations.
November 7, 2019 at 11:11 AM ·

Meet Wiley.

Wiley the coyote has been living at Cosley Zoo since 2014. Prior to his arrival at the zoo, Wiley was cared for at a licensed wildlife rehabilitation facility, where he was taken as a pup. While at the rehabilitation facility, the staff there realized Wiley didn't have the skills needed to survive in the wild. He was unable to hunt for and catch his own food, relying on his human caretakers to provide it for him. Wiley also lacked appropriate social skills needed to assimilate to life in the wild. Because he was imprinted, identifying with humans better than he did with other coyotes, he would have been unable to establish himself in the complex social structure of a coyote pack. In need of a permanent home, Wiley came to Cosley Zoo.

When Wiley first arrived at Cosley Zoo, he was assigned a team of trainers and they quickly got to work. Through daily training sessions and enrichment activities, our staff developed a strong, positive relationship with Wiley. We have been able to build trust and confidence with him and Wiley now eagerly participates in our behind-the-scenes "Coyote Connections" program, where he serves as an ambassador for his wild counterparts. The dedication of Cosley Zoo's animal care department has led to a successful second chance at life for Wiley. He is easily one of the most engaging ambassadors at the zoo today. Wiley has found his forever home at Cosley Zoo where he helps to connect people with animals and nature.



Cosley Zoo
Zoo

💬 Send Message

$190 raised
8 people donated.

Donate

👍 Like    💬 Comment    ↗ Share

👍❤️😂 138

21 Shares

Write a comment...    Post

11/1/2020 Cosley Zoo - Meet Wiley! Wiley the coyote has been hugs at... | Facebook

Case: 1:20-cv-05956 Document #: 16-8 Filed: 11/02/20 Page 2 of 3 PageID #:619

 


**Cheryl Joellenbeck-Soderstrom**
Wiley indeed is such an amazing creature! Thank you for your fine work with him! 👍 3
12 mos   Like   Reply   More


**Ash Lynn**
I love getting to observe Wiley almost every day! He's so much fun! 👍 1
12 mos   Like   Reply   More


**Gretchen Ruffin**
He looks so healthy. Much better than they look in the wild. Thank you all for saving him. 👍 1
12 mos   Like   Reply   More


**Mary Sheila**
I love Wiley! Happy to support him and **Cosley Zoo**. 🙂 👍❤ 3
12 mos   Like   Reply   More

 **Cosley Zoo** replied · 1 reply


**Jillian Grover**
He is so pretty too



👍 2
12 mos   Like   Reply   More


**Alex Magdalene**
He has always seemed very at ease around humans, and always comes right up to the fence of his enclosure to say hello when I visit!  1
12 mos   Like   Reply   More


**Edward Durbin**



👍❤ 2
12 mos   Like   Reply   More

11/1/2020

Case: 1:20-cv-05956 Document #: 16-8 Filed: 11/02/20 Page 3 of 3 PageID #:620

Cook County Zoo - Meet Wiley! Wiley the coyote has been hanging ou... | Facebook



**Linda Konecny Graziano**
This

12 mos   Like   Reply   More

**View more comments…**