Case: 1:20-cv-05956 Document #: 16-9 Filed: 11/02/20 Page 1 of 6 PageID #:621



- Our Wolves
- Our Other Animals
- Gone But Not Forgotten

### Other Animals at Big Run Wolf Ranch

**Kuma**

Kuma, a typical North American black bear, arrived at Big Run Wolf Ranch in March of 1999 weighing only 25 pounds and still on the bottle. Kuma was being sold illegally at a flea market in Kankakee, IL. Someone purchased him for $300.00 and took him home. Five days later he was confiscated by Will County Animal Control and donated to Big Run Wolf Ranch. He is now 7½ feet tall and approaching 450 pounds. He is very affectionate to John and loves to entertain the children on field trips. One of John's favorite things to do is to give Kuma a good belly rub and engage in a quick wrestling match. Occasionally he will bring him his favorite treat, chocolate mint Girl Scout cookies. John says Kuma gets so excited when he sees the Girl Scout cookies that he has to feed him from outside the enclosure.



**Charlie**

Charlie, A.K.A. Cougar, Mountain Lion, Puma, was purchased by BRWR from another federally licensed facility. John wanted a cougar for many years after watching his favorite Walt Disney episode of "Charlie, The Lonesome Cougar" in 1967. Charlie was bottle fed as a kitten by staff and volunteers, and immediately used in our education and conservation programs. Due to the tremendous support of the public, Charlie has a spectacular new enclosure, and is one of our most popular residents.



**Shere Khan**

Siberian Tiger, also known as, an Amur tiger from the Amur region in Siberia. Khan arrived at BRWR in December 2013 at 11 weeks of age. Because he was bottle fed as a cub, he is very affectionate and enjoys socializing with his handlers. Khan loves crowds and has an entertaining personality. The Siberian tiger is one of the most endangered animals in the world. Scientists believe that if poaching and habitat destruction are not stopped, the Siberian tiger will be extinct in the wild in 15 years. It is also believed that there are less than 400 Siberian tigers left in the wild.



**Oscar**

Oscar the Opossum was a rescue that arrived at BRWR in June of 2018. It is believed he fell off of mom's back and she did not return for him. Possums are the only North American marsupials. Oscar loves to sleep with his blankie and he enjoys sitting on the shoulders of our volunteers.





**Harley**

A Gelding who loves to run!. Harley is believed to be about 23 years old. He was abandoned by his previous owner.



**Tiamo**

Our crazy, funny, quirk,y miniature Sicilian donkey who loves her free time running around the ranch!



**Mahala**

Mahala, a purebred mid-western coyote, arrived as an orphan from a nuisance trapper. The trapper relocated the parents, and brought three rescued coyote pups to BRWR. Mahala was kept because of his wonderful personality. Mahala was named after one of our biggest supporters, Stan Michalak.



**Penelope**

A New World female porcupine was obtained from a breeder in Minnesota in May 2012.



**Elroy**

A Striped Skunk that arrived at BRWR in the spring of 2014. Elroy is very spunky!



**Miwok**

Miwok arrived at BRWR in 2011 from a rehabber in Illinois. She was named for the Native American tribe that inhabited Yosemite National Park. Coyotes are very important to the ecological balance of the region in controlling pests, such as rabbits and rodents.



**Hal**

Groundhog, also known as a woodchuck or whistle pig. Hal arrived at BRWR in the spring of 2014. On Groundhog Day, he predicted an early spring.



**Yoki**

Yoki is a Canadian Lynx that arrived in July of 2019 from a facility in Montana. She is very sweet and loves to be around people,



**Montana**

Montana is a coyote that arrived in July of 2019 from a facility in Montana. He loves attention from his female caretakers and he enjoys going for walks.



All images and content © 2010 Big Run Wolf Ranch