


**Will County CCAO**
**Rhonda R. Novak, CIAO/I**
**302 N. Chicago Street**
**2nd Floor**
**Joliet, Illinois 60432**
**Phone: 1-815-740-4648**
**Fax: 1-815-740-4696**

# PIN   16-05-07-300-003-0000

| Parcel Information | << Prev Parcel | Next Parcel >> |

## HOMER TOWNSHIP

**Owner Name:** BASILE JOHN F

**Street Address:**
14857 S FARRELL RD
LOCKPORT IL 60441

 

## Subdivision:

**Property Class:**   0040 Residential