## Property Information

| | | |
|---|---|---|
| **Parcel Number** <br> 01-085-007-00 | **Site Address** <br> 23956 GREEN ACRES RD <br> DOW, IL 62022 | **Owner Name & Address** <br> TREEHOUSE WILDLIFE CENTER INC, <br> 23956 GREEN ACRES RD <br> DOW, IL, 620220000 |
| **Tax Year** <br> 2019 (Payable 2020) | | |
| **Sale Status** <br> None | | |
| **Property Class** <br> 0040 - Improved Residential Lot | **Tax Code** <br> 01001 - | **Tax Status** <br> Taxable |
| **Net Taxable Value** <br> 14,725 | **Tax Rate** <br> 6.830890 | **Total Tax** <br> $1,005.86 |
| **Township** <br> Elsah Township | **Acres** <br> 8.2500 | **Mailing Address** |
| **Legal Description** <br> E MID PT SE1/4 SE1/4. 2-99 242.5K 1985 1STY/PT BSMT 3286SQ | | |

## Parcel Owner Information

| Name | Tax Bill | Address | Deed Book | Deed Pa... |
|---|---|---|---|---|
| TREEHOUSE WILDLIFE CENTER INC | Y | 23956 GREEN ACRES RD DOW, IL, 620220000 | 1649 | 257 |

## Assessments

| Level | Homesite | Dwelling | Farm Land | Farm Building | Mineral | Tota... |
|---|---|---|---|---|---|---|
| DOR Equalized | 2,040 | 12,685 | 0 | 0 | 0 | 14... |
| Department of Revenue | 2,040 | 12,685 | 0 | 0 | 0 | 14... |
| Board of Review Equalized | 2,040 | 12,685 | 0 | 0 | 0 | 14... |
| Board of Review | 2,040 | 12,685 | 0 | 0 | 0 | 14... |
| S of A Equalized | 2,040 | 12,685 | 0 | 0 | 0 | 14... |
| Supervisor of Assessments | 2,040 | 12,685 | 0 | 0 | 0 | 14... |
| Township Assessor | 2,040 | 12,685 | 0 | 0 | 0 | 14... |
| Prior Year Equalized | 2,040 | 12,685 | 0 | 0 | 0 | 14... |