# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tomi Tranchita

                    Plaintiff,

v.                                                    Case No.: 1:20−cv−05956
                                                       Honorable Sara L. Ellis

Kwame Raoul, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants' motion for leave to file an oversize brief [14]. Defendants' may file a response brief up to 20 pages. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.