# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tomi Tranchita

                     Plaintiff,

v.                                        Case No.: 1:20−cv−05956

                                             Honorable Sara L. Ellis

Kwame Raoul, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 6, 2021:

      MINUTE entry The Court strikes the status date set for 4/7/2021 and resets it to 9/7/2021 at 9:30 a.m. for ruling on Defendants' motion to dismiss [37]. The Court sets the following briefing schedule: Plaintiff's response is due by 5/7/2021; and Defendants' reply is due by 5/28/2021. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.