# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOMI TRANCHITA, | CASE NO. 1:20-cv-5956 |
| Plaintiff, | JUDGE SARA L. ELLIS |
| v. | MAGISTRATE: JEFFREY COLE |
| KWAME RAOUL, et al. | **MOTION TO AMEND FIRST AMENDED COMPLAINT** |
| Defendants. | |

    Now comes Plaintiff Tomi Tranchita, by and through counsel, and respectfully requests this Honorable Court grant her leave to amend her First Amended Complaint. The bases for this request for leave are set forth in the attached Memorandum in Support which is attached hereto and incorporated herein.

    Respectfully submitted,

    /s/ Richard Rosenthal
    RICHARD BRUCE ROSENTHAL
    (NY Reg. No. 1637677)
    545 E. Jericho Turnpike
    Huntington Station, New York 11746
    Ph: 631-629-8111
    Email: Richard@thedoglawyer.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on June 4, 2021, I caused a copy of the foregoing *Motion to Amend First Amended Complaint* to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

    /s/ Richard Rosenthal
    RICHARD BRUCE ROSENTHAL