## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TOMI TRANCHITA, | CASE NO. 1:20-cv-5956 |
| Plaintiff, | JUDGE SARA L. ELLIS |
| v. | MAGISTRATE: JEFFREY COLE |
| KWAME RAOUL, et al. | |
| Defendants. | |

## NOTICE OF MOTION

**TO:** Mary Johnston, Attorney for Defendants,

**PLEASE TAKE NOTICE** that on Thursday, June 10, 2021 at 1:45 p.m. I shall appear before the Honorable Judge Sara L. Ellis in Courtroom 1403 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: Motion to Amend First Amended Complaint.

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
(NY Reg. No. 1637677)
545 E. Jericho Turnpike
Huntington Station, New York 11746
Ph: 631-629-8111
Email: Richard@thedoglawyer.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 4, 2021, I caused a copy of the foregoing *Notice of Motion* (*Motion to Amend First Amended Complaint* to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL