# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tomi Tranchita

                            Plaintiff,

v.                                                         Case No.: 1:20−cv−05956

                                                              Honorable Sara L. Ellis

Kwame Raoul, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 10, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 6/10/2021. Defendants' motion to dismiss Plaintiff's amended complaint [37] is denied as moot. Motion to amend first amended complaint [44] is granted. Plaintiff to file second amended complaint on the docket, forthwith. Motion to continue the time to respond to Defendants' motion to dismiss [46] is denied as moot. Briefing schedule on motion to dismiss: Defendant's motion to dismiss is due by 6/24/2021; Plaintiff's response is due by 7/26/2021; Defendant's reply is due by 8/16/2021. Next status date 11/16/2021 at 9:30 a.m. for ruling on motion to dismiss. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (866) 434−5269, Access Code: 8087837. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. No appearance required on 6/17/2021. Ruling date set for 9/7/2021 is stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.