**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOMI TRANCHITA, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-5956 |
| | ) |
| v. | ) Hon Sara L. Ellis |
| | ) |
| KWAME RAOUL, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF FILING**

**To:** Attorneys of Record

**PLEASE TAKE NOTICE** that on **June 24, 2021**, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary A. Johnston*
　　　　　　　　　　　　　　　　　　　　　　　MARY A. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　　　ASSISTANT ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　　　　Office of the Illinois Attorney General
　　　　　　　　　　　　　　　　　　　　　　　General Law Bureau – Civil Rights Unit
　　　　　　　　　　　　　　　　　　　　　　　100 W. Randolph St., 13th Floor
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　　(312) 814-3739
　　　　　　　　　　　　　　　　　　　　　　　(312) 814-4425 (FAX)
　　　　　　　　　　　　　　　　　　　　　　　mjohnston@atg.state.il.us

**CERTIFICATE OF SERVICE**

　　I hereby certify that a true and correct copy of the foregoing notice and referenced pleading was served on all counsel of record via the Court's CM/ECF system on the **24th** day of **June, 2021**.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary A. Johnston*
　　　　　　　　　　　　　　　　　　　　　　　MARY A. JOHNSTON

1