**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOMI TRANCHITA, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-5956 |
| | ) |
| v. | ) Hon Sara L. Ellis |
| | ) |
| KWAME RAOUL, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS CALLAHAN, FISHER, AND MOOI'S UNOPPOSED
MOTION TO FILE OVERLENGTH BRIEF INSTANTER**

Defendants Colleen Callahan, John Fischer, and Sergeant Joshua Mooi, by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully move this Court pursuant to Local Rule 7.1 for leave to file a 16-page memorandum in support of their motion to dismiss Plaintiff's Second Amended Complaint and in support state as follows:

1. Plaintiff filed a 72-page Second Amended Complaint that asserts that Plaintiff is entitled to a mandatory injunction that would require that the Illinois Department of Natural Resources not enforce state law and allow Plaintiff to keep a coyote on her residential property without the required permits.

2. This Second Amended Complaint also adds a new claim under the Illinois Religious Freedom Restoration Act.

3. Under these circumstances, Defendants require a 16-page response to Plaintiff's Second Amended Complaint to fully address the claims raised in the Second Amended Complaint. This request is not for an improper purpose, and it will not prejudice Plaintiff.

4. Counsel for Plaintiff has does not oppose this Motion to File an Overlength Brief.

1

5. Defendants have filed their memorandum in support of their Motion to Dismiss and ECF No. 53.

For these reasons, Defendants respectfully move the Court, pursuant to Local Rule 7.1 for leave to file a 16-page memorandum in support of their motion to dismiss Plaintiff's Second Amended Complaint.

June 24, 2021

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

 /s/ Mary A. Johnston
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601

*Counsel for the IDNR Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 24, 2021, I caused a copy of the foregoing *Defendants Callahan, Fischer, and Mooi's Unopposed Motion to File Overlength Brief Instanter* to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

 /s/ Mary A. Johnston