**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TOMI TRANCHITA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-5956 |
| | ) | |
| v. | ) | Hon Sara L. Ellis |
| | ) | |
| KWAME RAOUL, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

To:     Counsel of Record

**PLEASE TAKE NOTICE** that on **June 30, 2021 at 9:45 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sara L Ellis, or whoever may be sitting in her stead, in Room 1403 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANTS CALLAHAN, FISHER, AND MOOI'S UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF INSTANTER.**

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/ Mary A. Johnston*
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601

*Counsel for the IDNR Defendants*

1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on June 24, 2021, I caused a copy of the foregoing *Notice of Defendants Callahan, Fischer, and Mooi's Unopposed Motion to File Overlength Brief Instanter* to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

<u>*/s/ Mary A. Johnston*</u>