**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Tomi Tranchita

                Plaintiff,

v.                                                  Case No.: 1:20−cv−05956
                                                        Honorable Sara L. Ellis

Kwame Raoul, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 9, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants' motion to dismiss [52]. See Opinion [69]. The Court dismisses the SAC without prejudice. The Court strikes the status date set for 2/10/2022. If Plaintiff intends to file a second amended complaint, she must do so by 3/10/2022. The Court sets a status date for 4/6/2022 at 9:30 a.m. and Defendants should notice any motion to dismiss for that date. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (866) 434−5269, Access Code: 8087837. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.